## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Liquez, Oscar
      Liquez, Carmen
      Printed: 2/5/08

Case Number: 04 B 26857
Judge: Squires, John H
Filed: 7/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: January 10, 2008
Confirmed: September 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts  | Disbursements |
|------------------|-----------|---------------|
|                  | 41,492.45 |               |
| Secured:         |           | 15,443.89     |
| Unsecured:       |           | 18,170.29     |
| Priority:        |           | 0.00          |
| Administrative:  |           | 2,200.00      |
| Trustee Fee:     |           | 1,974.83      |
| Other Funds:     |           | 3,703.44      |
| Totals:          | 41,492.45 | 41,492.45     |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bromden & Dizon | Administrative | 2,200.00 | 2,200.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 22,643.59 | 15,443.89 |
| 4. | ECast Settlement Corp | Unsecured | 9,800.74 | 9,800.74 |
| 5. | Peoples Energy Corp | Unsecured | 468.09 | 21.95 |
| 6. | Premier Bankcard | Unsecured | 379.61 | 379.61 |
| 7. | SBC | Unsecured | 476.96 | 476.96 |
| 8. | RoundUp Funding LLC | Unsecured | 193.24 | 193.24 |
| 9. | Cavalry Portfolio Services | Unsecured | 7,297.79 | 7,297.79 |
| 10. | Household Financial Corporation | Secured | | No Claim Filed |
| 11. | Associated Financial Co. | Secured | | No Claim Filed |
| 12. | Beneficial | Secured | | No Claim Filed |
| 13. | New Century Mortgage | Secured | | No Claim Filed |
| 14. | ITT Financial Services | Secured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | I C Systems Inc | Unsecured | | No Claim Filed |
| 17. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | USA One National Credit Union | Unsecured | | No Claim Filed |
| | | | $ 43,460.02 | $ 35,814.18 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Liquez, Oscar

Liquez, Carmen

Printed: 2/5/08

Case Number:  04 B 26857

Judge:  Squires, John H

Filed:  7/20/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 6.5% | 490.28 |
| 4% | 138.57 |
| 3% | 76.21 |
| 5.5% | 495.38 |
| 5% | 149.39 |
| 4.8% | 288.24 |
| 5.4% | 336.76 |
| | ——————— |
| | $ 1,974.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

